UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| DANIEL JOSEPH STAKEM, III, and wife, CAROL STAKEM, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 3:04-CV-311 ) (Shirley) |
| KIMBER LEE RANDOLPH, | ) ) |
| Defendant. | ) |

## JUDGMENT ON DECISION BY THE COURT

This case came before the Court on the Motion for Summary Judgment by State Farm Mutual Automobile Insurance Company [Doc. 12] and the Motion for Summary Judgment by Plaintiff Daniel Joseph Stakem [Doc. 15].

For the reasons set forth in the Memorandum Opinion filed simultaneously herewith, it is **ORDERED and ADJUDGED** that the Motion for Summary Judgment by State Farm Mutual Automobile Insurance Company [Doc. 12] is **GRANTED**, the Motion for Summary Judgment by Plaintiff Daniel Joseph Stakem [Doc. 15] is **DENIED**, and this action is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

                    **ENTER:**

                    s/ Patricia L. McNutt
                    PATRICIA L. McNUTT
                    CLERK OF COURT